UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                       CASE NO. 8:01-cr-190-T-23MAP

JOHN CAISEDO CASTRO
_____/

**ORDER**

On October 4, 2006, the United States Probation Office filed a September 28, 2006, petition for revocation of the defendant's supervised release (Doc. 198).[*] At the hearing on January 26, 2007, appointed counsel, Lori Palmieri, represented the defendant and Assistant United States Attorney James Muench represented the United States.

The defendant admits committing the two Grade A violations described in numbered paragraphs one and two of the petition. Accordingly, the court adjudges the defendant guilty of violating the terms of his supervised release, and the defendant's term of supervised release is **REVOKED**.

In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant is sentenced to thirty (30) months of imprisonment with no

---

[*] The defendant having pled guilty to counts one and two of a superseding indictment, the court imposed a sentence on November 1, 2002, of fifty-one months of imprisonment as to each count to run concurrently and thirty-six months of supervised release as to each count to run concurrently.

supervised release to follow.  The term of imprisonment shall run consecutively to the sentence imposed in 8:06-cr-379-T-30EAJ.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on January 29, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc: United States Marshal
United States Probation
Counsel of Record